IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| GREER G. ZUMMO, | ) |
| | ) Case No. 1:12-cv-01099 |
| Plaintiff, | ) |
| | ) Judge Holderman |
| v. | ) |
| | ) Magistrate Judge Gilbert |
| TRANS UNION LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

Plaintiff Greer G. Zummo and Defendant Trans Union, LLC ("Trans Union"), by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that:

1.  Plaintiff's claims against Trans Union are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

2.  The putative class claims are dismissed without prejudice, and without costs or notice.

Respectfully submitted,

Date: July 19, 2012  /s/Keith J. Keogh
 One of her attorneys

 Keogh Law, Ltd.
 101 North Wacker Drive, Suite 605
 Chicago, IL 60606
 Telephone: 312-726-1092
 Fax: 312-726-1093
 E-Mail: keith@keoghlaw.com

 *Counsel for Plaintiff*

EAST\49606704.2

Respectfully submitted,


By: /s/ Michael O'Neil (by permission)
 One of Its Attorneys

Michael O'Neil (ARDC # 06201736)
Albert E. Hartmann (ARDC # 06256064)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
T: 312.368.4000
F: 312.236.7516
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com

Robert J. Schuckit, Esq. (IL #15342-49)
William R. Brown (IL #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
E-Mail: rbrown@schuckitlaw.com


*Counsel for Trans Union, LLC*